Joel Ball
2515 E. Thomas Rd.
Ste. 16 -1095
Phoenix, AZ 85016-7946
877-444-TROY (8769)
480-476-1354
**Please send all correspondence to: JD@TroyBallFoundation.org**

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

401 W WASHINGTON ST STE 410, PHOENIX, AZ 85003

| | |
|---|---|
| **JOEL BALL, Individually,**<br><br>**Plaintiff,**<br>vs.<br>**CITY OF SCOTTSDALE, CITY OF SCOTTSDALE PROSECUTOR'S OFFICE, CARON CLOSE, SCOTTSDALE POLICE DEPARTMENT, OFFICER SEAN RYAN, OFFICER JOHN DOE SERBALIK, OFFICER JOHN DOE LEE, OFFICER JOHN DOE KANE, OTHER AS-YET UNKNOWN SCOTTSDALE POLICE OFFICERS and JOHN DOES 1-50,**<br><br>**Defendants.** | Case No. **2:19-cv-05815-SPL--DMF**<br><br>PLAINTIFFS' 3RD AMENDED CIVIL COMPLAINT:<br>DEFAMATION, UNLAWFUL PROCUREMNENT OF SEARCH WARRENT WITHOUT PROBABLE CAUSE, HARASSMENT, FALSE LIGHT INVASION OF PRIVACY, INVASION OF PRIVACY FOR INTRUSION ON SECLUSION, MALICIOUS PROSECUTION, ABUSE OF PROCESS, FALSE ARREST, FALSE IMPRISONMENT, EXCESSIVE USE OF FORCE, CIVIL CONSPIRACY, AIDING AND ABET |

Jury Trial Requested

I am Joel Ball, Individually, and sole Plaintiff in this matter. I have been told be the Court to file a short version of my Complaint using, "Instructions for a Prisoner Filing a Civil Rights Complaint in the United States District Court for the District of Arizona" as a guide. I am to follow this example or my case will be dismissed. Please

note these instructions instruct me to state the facts clearly in your own words without citing legal authority or arguments. Therefore, I am deleting all legal authority and all legal arguments from this 3rd Amended Complaint.

## Jurisdiction and Venue

This Court has established Jurisdiction and Venue over all Defendants

## Court's Instructions

If Plaintiff files a third amended complaint, Plaintiff must write short, plain statements telling the Court (only):

    (1) the constitutional right Plaintiff believes was violated;
    (2) the name of the Defendant who violated the right;
    (3) exactly what that Defendant did or failed to do;
    (4) how the action or inaction of that Defendant is connected to the violation of Plaintiff's constitutional right; and
    (5) what specific injury Plaintiff suffered because that Defendant's conduct

## Short Statement of Facts

Several months prior to the Scottsdale City attack, Scottsdale police would show up for no reason, and send a report to my landlord indicating illegal activity was going on at my Adobe Drive home. No person has ever been found on my Adobe property to be on drugs or alcohol. No person has ever been found on my Adobe property to be in possession of drugs or alcohol. I do not allow weapons or firearms on my property. No person has ever been found to conduct any illegal activity on my property; not even a prank call. Yet based upon false information there was a military commando raid on my home. This was a raid by an armed Scottsdale City SWAT unit driving a tank through my security gate, busting down unlocked doors, tossing percussion grenades in my home, sexually assaulting a child and wielding sub machine guns at my children. Furthermore, when the victims tried to video tape the attack those assaulting us took our cell phones. Then because their assault came up empty of finding any wrong doing, the Scottsdale police and prosecutors continued their attacks on me personally working closely with my ex-wife Lisa Swansen.

I have never been involved in illegal drugs or participated in the delinquency of minor. Yet I was under attack for assumed drug related crimes created by Ms. Swansen and believed by the City of Scottsdale. I have been dedicated to the development of children all of my life. I created the first high school STEM project for Arizona with ASU/Bio-Design. I am a volunteer for Teach for America. I coached little league sports and taught Sunday school. I work with homeless and have been a volunteer for UMOM New Day Centers. I have worked on several local and national political campaigns. I am a published author specializing in children's student career books. At the time of the illegal raid by the Scottsdale military I owned and ran two medical practices; a hospice and a geriatric medical practice designed to help the elderly who have mobility problems get medical care. At the time of the illegal attack on my home I was converting the Adobe property into an assisted living facility for the elderly. At the time of the illegal attack I had been involved in a three-year battle with my ex-wife, for the custody of my children. She had abandoned our children for 2 years and was losing every attempt to take the children. Therefore, she turned to her friends at the Scottsdale Police Department and in the Scottsdale prosecutor's office to assist her in gaining custody.

**Plaintiffs' Causes of Action Against Defendants**
**<u>First Cause of Action:</u>**
**<u>Defamation is a State Claim</u>**

1. Defendant Caron Close

November 2018 Defendant Caron Close is on record lying to a superior court judge and telling him I am a chronic substance abuser and criminal who had been arrested 8 times in 2019. Defendant Caron Close did this prior to filing formal charges, in the commission of a crime and with evil mind thus invalidating any prosecutorial exemption. Ms. Close had my file in her hand disputing exactly what she was telling the judge. She made these false statements to pollute my character before a judge

who was determine my freedom. Ms. Close negligently failed to ascertain the falsity of her statements. My character was tainted in a Court where I was being prosecuted. I was forced to pay a cash bond or remain in jail. I was tossed into the pit of Scottsdale City justice corruption and suffered endless emotional distress. This is a per se defamation case and therefore damages are assumed.

2. Defendant Officer Serbalik

a. July/August 2018 Officer Serbalik sat in-front of my home on my property telling everyone who passed by that my house was a drug den and they should avoid me and my home, witnesses #1, #2, #3 and #4 will collaborate. This was an attack on my character, and my reputation. His allegations prevented my ability to purse life liberty and happiness. This is a per se defamation case and therefore damages are assumed.

b. October 2018 Defendant Officer Serbalik contacted DCS and told them I was on narcotics. DCS threatened to take my children from me the next day therefore I took a 10-pannel drug test to prove he was lying and then I took a hair follicle test to prove I have not taken any drugs in the past. Both tests came back negative. (See Exhibit #1 and #2). His lies are in the public domain. These false allegations hurt my reputation and attacked my character. This is a per se defamation case and therefore damages are assumed.

c. October 2018 Defendant Officer Serbalik bet a family friend, witness #5, that he would find drugs in my Air B&B that had caught fire. There were no drugs. He contacted the mother witness #6 to have this friend picked up telling her I had a drug problem and she should not have her children associate with my family. He filed a false police report and a false DCS report claiming I was on drugs. There was no alcohol or drugs found. These false allegations hurt my reputation and attacked my character. This is a per se defamation case and therefore damages are assumed.

d. November 2018 Defendant Officer Serbalik showed up to a Troy Ball Foundation Board meeting unannounced. He claimed there was under aged drinking going on. I invited him into the house and asked that he search the premises. He told the board members, including witnesses #2, #5, #7 #8 and #9 he would believe me if it wasn't for my criminal record and drug abuse problems. This harmed my reputation with my board members and two dropped out of the foundation entirely. This is a per se defamation case and therefore damages are assumed.

e. January 2018 Defendant Officer Serbalik told several members of my Foundation and witnesses #2, #7, #9 and #10 during a traffic stop that he had proof the Foundation was a front for selling drugs. This harmed my reputation. This is a per se defamation case and therefore damages are assumed.

f. August 2018 Defendant Officer Serbalik told Defendant Officer Ryan several lies about me and my family to obtain a flawed search warrant of my home. This put a military raid on my home in motion. These false allegations hurt my reputation and attacked my character. This is a per se defamation case and therefore damages are assumed.

3. Defendant Officer Lee

November 2018 Officer Lee arrived at the home of a family friend, witness #11 and told his parents witnesses #12 and #13 that my family is bad news and they should not allow their son to associate with my family while under may care. These false allegations hurt my reputation and attacked my character. This is a per se defamation case and therefore damages are assumed.

4. Defendant Officer Kane

a. November 2018 Officer Kane told a hotel clerk that I had refused to pay a hotel bill and not paying for hotel rooms was my MO. This caused the hotel clerk to ask me to

leave. These false allegations hurt my reputation and attacked my character. This is a per se defamation case and therefore damages are assumed.

b. November 2018 Officer Kane told his partner that I was "sloppy" drunk and I burned down my condo. These false allegations hurt my reputation and attacked my character. This is a per se defamation case and therefore damages are assumed.

## Second Cause of Action:
## Civil Conspiracy (State Law Claim)

The City of Scottsdale was working with my ex-wife to destroy my reputation and gain custody of my children. (see Exhibit #3). My ex-wife would call to file a false noise complaint as a victim, when in fact she did not live near me. The police would arrive and arrest me on trumped up charges. The prosecutor would convict me. This was a pattern. I lived in Scottsdale for 10 years prior to my divorce with not one police incident. From my divorce 2016 to 2018 I have interaction with Scottsdale police on 12 separate occasions. I was convicted for a noise complaint when the police OBC proved there was no noise. I was convicted for kids drinking at my home when the arresting officer admitted he did not see one beer bottle. I was arrested for trespassing after the arresting officer asked me to trespass. I was arrested for child endangerment after an officer found corn on the cob foil. When I could not be convicted of corn on the cob foil the Scottsdale prosecutor's office send my ex-wife a condolence letter saying how sorry they are for not being able to convict me. (see exhibit #5). There is clear evidence that Scottsdale City is working together with my ex-wife targeted me for prosecution, defamation, harassment, false light invasion of privacy, invasion of privacy for intrusion on seclusion, malicious prosecution, abuse of process, false arrest, false imprisonment, excessive use of force, and, aiding and abet. The damage is enormous. This has ruined my life.

## Third Cause of Action:
## Malicious Prosecution (42 U.S.C. § 1983 & State Law Claim)

I am withdrawing this count until after the Court of Appeals rules. A judgment in favor of me would imply the invalidity of the conviction.

## Forth Cause of Action:
## Abuse of Process (42 U.S.C. § 1983 & State Law Claim)

I am withdrawing this count until after the Court of Appeals rules. A judgment in favor of me would imply the invalidity of the conviction.

## Fifth Cause of Action:
## False Arrest (42 U.S.C. § 1983 & State Law Claim)

1. Defendant Officer Kane

November 2018 Defendant Officer Kane was dispatched to inquire about me paying for a hotel bill. I had been asleep and the new hotel clerk did not know what to do. she never filed a complaint and said she just wanted to be paid. Upon waking me up I told Officer Kane they had my credit card on file and could charge my card or I had six hundred dollars' cash. He lied saying the hotel wants me out. My son had my car and I had no where to put my belongings so I told him I would leave. He instructed my not to leave. I recognized him from the Adobe harassment and knew there was going to be trouble. So I told him I was going to leave so I would not be arrested for trespassing. When I got to the parking lot the instructed me to stand on the hotel curb. When did, he arrested me for trespassing. There was no probable cause to arrest me. I was leaving. This serves as the same logic as an officer instructing someone to cross the street with him and arresting the person for jaywalking. No prudent person

would have concluded that there was a fair probability that I had committed a crime by following the Officer Kane's instructions. A judgment in favor of me for this count would not imply the invalidity of the conviction itself. I was forced to abandon my children, I spent the night incarcerated and was subjected to the humiliation of being thrown in jail.

2. Scottsdale Police
August 3, 2018 I was arrested for endangerment. I was in my pajamas with no shoes. The evidence showed corn on the cob foil. The arresting officer said it could be foil to smoke heroin. Since there was no immediate danger no prudent person would have concluded that the arrest was justified. Testing the foil left over from a BBQ would be a prudent first step. I was cooperating and therefore they could have written a ticket to appear. I have an expert witness (witness #12) who will testify that burn foil could not endanger anyone regardless of what it was used for. The charges were dropped. They When released I was not given water, shoes or the ability to contact anyone. They would not return my phone. When I told the jail personal that I lived 20- miles away they said I better hurry up before it gets dark. They said they were all out of water and bus tickets. I was forced to walk 20 miles in 110-degree-heat. (See 2:00 PM August 3, 2018). I made it to Thompson Peak road where I collapsed and was found by a Grew Hawk security guard. I was suffering from heat stroke. They took me to their office and hydrated my and got my body core temperature to a safe level. They then took me home. A nurse from my medical practice came to my home and gave me an electrolyte IV.

## Six Cause of Action:
## False Imprisonment (42 U.S.C. § 1983 & State Law Claim)

. 1. Defendant Officer Kane

November 2018 Defendant Officer Kane was dispatched to inquire about me paying for a hotel bill. I had been asleep and the new hotel clerk did not know what to do. she never filed a complaint and said she just wanted to be paid. Upon waking me up I told Officer Kane they had my credit card on file and could charge my card or I had six hundred dollars' cash. He lied saying the hotel wants me out. My son had my car and I had no where to put my belongings so I told him I would leave. He instructed my not to leave. I recognized him from the Adobe harassment and knew there was going to be trouble. So I told him I was going to leave so I would not be arrested for trespassing. When I got to the parking lot Officer Kane instructed me to stand on the hotel curb. When did, he arrested me for trespassing. There was no probable cause to arrest me. I was leaving. This serves as the same logic as an officer instructing someone to cross the street with him and arresting the person for jaywalking. No prudent person would have concluded that there was a fair probability that I had committed a crime by following the Officer Kane's instructions. A judgment in favor of me for this count would not imply the invalidity of the conviction itself. I was forced to abandon my children, I spent the night incarcerated and was subjected to the humiliation of being thrown in jail.

2. Scottsdale Police

August 3, 2018 I was arrested for endangerment. I was in my pajamas with no shoes. The evidence showed corn on the cob foil. The arresting officer said it could be foil to smoke heroin. Since there was no immediate danger no prudent person would have concluded that the arrest was justified. Testing the foil left over from a BBQ would be a prudent first step. I was cooperating and therefore they could have written a ticket to appear. I have an expert witness (witness #12) who will testify that burn foil could not endanger anyone regardless of what it was used for. The charges were dropped. They When released I was not given water, shoes or the ability to contact anyone. They would not return my phone. When I told the jail personal that I lived

20- miles away they said I better hurry up before it gets dark. They said they were all out of water and bus tickets. I was forced to walk 20 miles in 110-degree-heat. (See 2:00 PM August 3, 2018). I made it to Thompson Peak road where I collapsed and was found by a Grew Hawk security guard. I was suffering from heat stroke. They took me to their office and hydrated my and got my body core temperature to a safe level. They then took me home. A nurse from my medical practice came to my home and gave me an electrolyte IV

## Seventh Cause of Action:
## Excessive Use of Force (42 U.S.C. § 1983)

1. Scottsdale Police (Defendants, **John Does 1-50**, may include additional Defendants as well as supervisors of other Defendants not currently known. Scottsdale Police will not release names for interviews)

August 3, 2018 at 6:00 am Scottsdale police busted down our gate with a gigantic custom military truck, it had a turret on top of the truck armed with automatic weapons. There were drones flying overhead, the 20 + soldiers bombed the house with flash bang grenades. The architects of this illegal raid knew we only had non-violent children in the house. They proceeded to rip the house apart. They broke everything that was glass, tearing down $10,000 custom doors, busting windows, tossing everything out of drawers. We even found broken walls and bullet holes. I work part time from home and they had turned my medical office upside down exposing HIPPA protected files to everyone. I found patient files tossed thought out 9,000 square feet. The 20 armed soldiers had full armor, machine guns and grenade launchers. They busted into the main house and the guesthouse tossing flash bang grenade into every rooms, even though the guest house was empty and where my minor son and his nor girlfriend were sleeping door was unlocked. They both were asleep. The evidence from

OBC will show there was no flash bang warning. The use of flash bang devices was unnecessary when there were innocent children all of the rooms. In fact, SWAT officers assaulted Phillip's, my minor son at the time, and his 15-year-old girlfriend by forcing her to show them her breast as they refused to allow her to turn around to put on her shirt. They would not stop starring at her while she was covering her breast. There were no criminals or adults who posed a high risk of violent confrontation. These were little children. They took my 3 sons, two of their girlfriends, (all were practically nude) and my 14-year daughter outside at gun point. They made everyone sit on the pavement, some in handcuffs for hours. They had the minor children, including the girls in just their underwear and a tee shirt. Even after they found nothing, they would not allow anyone to get dressed, they arrested all of us without shoes/socks and in our underwear, my 14-year-old son only had underwear on. We tried to record the abuse, they would not allow us and took our cell phones. The damage is being substantial. There was $80,000 damage in property. I had lost several medical files. I was kicked out of the home and sued. The mental damage and damage to my reputation is unknown. The entire city heard of the giant Scottsdale drug raid at the Adobe house. My children were devastated too.

## **Eight Cause of Action:**
## **Tortious Interference with Business Relationships (State Law Claim)**

1. Scottsdale Police
February 1, 2018 to August 2018 I had a lease to own contract for the Adobe property. I was purchasing the Adobe property directly from the owner using my Hospice as the down payment. I was in the process of converting the Adobe home into assisted living facility using the Vi at Gray hawk, in Scottsdale overflow clients as our market. The investors had committed to over 1 million dollars. We were also renting the Adobe home out during Scottsdale season for $5,000 per day. Scottsdale police disrupted my

business relationships by parking in front of the house for no reason. The Scottsdale police would respond to fake call and then contact the home owner reporting fake infractions. They would file reports of assaults on the property that did not exist. They would report fire arms on the property that did not exist. They would report under aged drinking and drug use that did not exist. This was all public domain. Then the police raided the property causing $80,000 worth of damage and all agreements were off, and the contracts rescinded and the Vi stopped taking my calls. The financial damage for the lost of the business relationship do to the lies of the police and the illegal raid are well over $2,000,000. I was in the process to purchase more homes and duplicate the Adobe business plan.

## Ninth Cause of Action:
## False Light Invasion of Privacy State Law Claim

1. Defendant Caron Close

November 2018 Defendant Caron Close put me in false light to a superior court judge by telling him I am a chronic substance abuser and criminal who had been arrested 8 times in 2019. Defendant Caron Close did this prior to filing formal charges, in the commission of a crime and with evil mind thus invalidating any prosecutorial exemption. She made these false statements to pollute my character before a judge who was determine my freedom. Putting me in a false light prejudiced me to the court.

2. Defendant Officer Serbalik

a. July/August 2018 Officer Serbalik sat in-front of my home on my property telling everyone who passed by that my house was a drug den and they should avoid me and my home, witnesses #1, #2, #3 and #4 will collaborate. Putting me in this false light was an attack on my character, and my reputation.

b. October 2018 Defendant Officer Serbalik contacted DCS and told them I was on narcotics. DCS threatened to take my children from me the next day therefore I took a 10-pannel drug test to prove he was lying and then I took a hair follicle test to prove I have not taken any drugs in the past. Both tests came back negative. (See Exhibit #1 and #2). Putting me in false light with these false allegations gave DCS a preconceived opinion of me being a substance abuser. I was forced to take drug tests twice per week for 3 months to keep my children.

c. October 2018 Defendant Officer Serbalik bet a family friend, witness #5, that he would find drugs in my Air B&B that had caught fire. There were no drugs. He contacted the mother witness #6 to have this friend picked up telling her I had a drug problem and she should not have her children associate with my family. He filed a false police report and a false DCS report claiming I was on drugs. There was no alcohol or drugs found. Putting me in this false light hurt my reputation and attacked my character.

d. November 2018 Defendant Officer Serbalik showed up to a Troy Ball Foundation Board meeting unannounced. He claimed there was under aged drinking going on. I invited him into the house and asked that he search the premises. He told the board members, including witnesses #2, #5, #7 #8 and #9 he would believe me if it wasn't for my criminal record and drug abuse problems. Putting me in this false light made it impossible to run an anti drug Foundation. I put a great amount of time and money into the Foundation.

e. January 2018 Defendant Officer Serbalik told several members of my Foundation and witnesses #2, #7, #9 and #10 during a traffic stop that he had proof the Foundation was a front for selling drugs. Again, his repeated attacks putting me in false light made it impossible to run my Foundation.

f. August 2018 Defendant Officer Serbalik told Defendant Officer Ryan several lies about me and my family to obtain a flawed search warrant of my home. This put a

military raid on my home in motion. Putting my and my home in a false light created a raid of my home and the loss of hundreds of thousands of dollars.

3. Defendant Officer Lee

November 2018 Officer Lee arrived at the home of a family friend, witness #11 and told his parents witnesses #12 and #13 that my family is bad news and they should not allow their son to associate with my family while under may care. Putting me into a false light ruined my reputation in the Scottsdale community making it impossible to mentor children

4. Defendant Officer Kane

a. November 2018 Officer Kane told a hotel clerk that I had refused to pay a hotel bill and not paying for hotel rooms was my MO. This caused the hotel clerk to ask me to leave. These false allegations hurt my reputation and attacked my character. This is a per se defamation case and therefore damages are assumed.

b. November 2018 Officer Kane told his partner that I was "sloppy" drunk and I burned down my condo. Putting me into this false light made other police officers hostile towards me.

## Tenth Cause of Action:
## Invasion of Privacy for Intrusion On Seclusion
## (42 U.S.C. § 1983 & State Law Claim)

1. Scottsdale Police

Scottsdale Police placed me under surveillance for no legitimate purpose, other than to harass me and my visitors. During this illegitimate surveillance, the Scottsdale police parked outside the gate of my Adobe Drive house. Although I repeatedly invited them to onto the property to check if there was any illegal activity taking place, they

always declined. The illegitimate surveillance yielded no evidence of illicit drug activity on my behalf. Scottsdale Police would follow my friends, business associates and guests for no legitimate reason, other than to harass them. They constantly pulled over my guests who were leaving my home. These stops were without probable cause, and were only effected to provide the police the opportunity to further defame me with further defamatory and fraudulent statements. These traffic stops yielded no evidence of illicit drug activity on my behalf. Police would shine flood lights on my property into the windows of my house at all hours of the night and into the morning. They had binoculars where they would stare into my window. My visitors were scared to come and go from my house. Me and my children were even scared to get mail from across the street. In fact, we feared for our safety. I moved into this very expensive homes not because I'm rich, because I have an expectation of privacy. The privacy was taken from me by the Scottsdale police. The damage is hard to determine. I did not enjoy living at my dream house that cost me about $10,000 per month.

### Eleventh Cause of Action:

Unlawful Procurement of search Warrant Without Probable Cause

(Obtaining a Warrant by Judicial Deception) State Law

1. Officer Sean Ryan

I can write a book on this but I will limit it to the obvious where Officer Ryan recklessly made false statements and omissions that were material to the finding of probable cause.

a. Officer Ryan implied to the judge there was drug activity going on at my home. There has never been any evidence of drug activity at my home.

b. Officer Ryan lied to the judge stating a person was in our home and then caught with drugs.

c. Officer Ryan lied to the judge stating someone was assaulted on my property. There has never been any criminal activity on my property.

d. Officer Ryan neglect to tell the judge Scottsdale police were parked out side my house for weeks and did not find one person on drugs or alcohol, not one person under the influence of anything.

e. Officer Ryan neglect to tell the judge Scottsdale police were parked out side my house for weeks and pulled over every car leaving my home and interview each person, not one said there was drug activity going on an at my home.

f. Officer Ryan lied to the judge saying is evidence of cocaine sales. There is evidence of dangerous drug (Xanax) sales. There is drug paraphernalia related to the criminal activity above. This evidence does not exist.

g. Officer Ryan lied to the judge stating there was no other entrance to the house other than through the security gate allowing him and his friends to bust through a $40,000 security gate. (See exhibits #7, #8, #9, #10, #11 and #12)

## Twelfth Cause of Action:
## Intentional Infliction of Emotional Distress

Every element of this complaint inflected emotional distress. I don't know how I can put this count into the required format. I will leave this for further instruction.

## Thirtieth Cause of Action:
## Aiding and Abetting Tortious Conduct is a State Claim

All of the Defendants were or can be considered primary tortfeasors. These primary tortfeasors committed torts, which caused injury to to me and explained in every count in this complaint. I don't know how I can put this count into the required format. I will leave this for further instruction.

## Fourteenth Cause of Action:
## Negligent Hiring, Retention and/or Supervision

Again I don't know how I can put this count into the required format. I will leave this for further instruction. The claim for negligent hiring, retention, or supervision of an employee requires a finding that an employee committed a tort. If found guilty the **City of Scottsdale would be liable for** negligently hired, supervised and/or retained in their employment with their respective employers.

## Prayer

Wherefore, this 11th day of May 2020 I hereby respectfully request that this Honorable Court order that Defendants be cited to appear and answer herein, and that on final trial hereof, Plaintiffs have and recover the following:

1. Judgment against Defendants for actual damages in the amount of $4,100,000.00;

2. Judgment against Defendants for statutory, exemplary and punitive damages in an amount that exceeds the minimum jurisdiction of this Court;

3. Prejudgment and post-judgment interest at the prevailing legal rate until paid as provided by law and by statute;

4. Award Plaintiffs reasonable attorney's fees;
5. Costs of suit; and,

6. Such other and further relief, both general and special, at law and in equity, to which Plaintiffs may show themselves justly entitled.

Respectfully submitted,

_____/s/_____

                                      Joel Ball
                                      2515 E. Thomas Rd.
                                      Ste. 16 -1095
                                      Phoenix, AZ 85016-7946
                                      *Pro Se* Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of May, 2020, Electronically filed this Motion with the Federal Court Clerk's office
and:
Stephanie Heizer, Assistant City Attorney
Lori S. Davis, Senior Assistant City Attorney
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
Attorneys for:
CITY OF SCOTTSDALE, CITY OF SCOTTSDALE PROSECUTOR'S OFFICE, CARON CLOSE, SCOTTSDALE POLICE DEPARTMENT, OFFICER SEAN RYAN, OFFICER JOHN DOE SERBALIK, OFFICER JOHN DOE LEE, OFFICER JOHN DOE KANE, LISA SWANSEN, OTHER AS-YET UNKNOWN SCOTTSDALE POLICE OFFICERS